27 March 2015

15.196.08
15.197.08

Donna Kay McKinney
Bexar County District Clerk
~~308 Dolorosa~~ 101 W Nueva
San Anto, Tx 78205

Fourth Court of Appeals
Criminal Justice Center
300 Dolorosa
San Anto, Tx 78205

RE: Cost to purchase indictments for
2013-CR-6130
2014-CR-0043

Michael S Eisenhauer
TDCJ ID No. 1923156
Lopez State Jail
1203 El Cibolo Rd
Edinburg Tx 78542

<u>V/A U.S. FIRST CLASS MAIL</u>

Greetings

PLEASE ALLOW THIS TO SERVE AS MY REQUEST
For (2) two Certified copies of Indictment No.'s.

① 2013-CR-6130
② 2014-CR-0043

I have requested papers from my Trial Counsel
Bradford R Kuinta And Appeal Counsel Joann S DeHoyos
And At this writing have failed to return my files and
papers. I have sought the assistance of the State
Bar of Texas. The ignoring and denial of my
fil(d)s and papers continues to impead my legal
filing to include my writ of Habeas Corpus (11.07)

Page 1 of 2

what I am requesting is the cost (INVOICE), to purchase (2) two certified copie(s) of indictment(s);

① 2013-CR-6130    Bexar    186th Judicial Dist.
② 2014-CR-0043    Bexar    186th Judicial Dist.

Bring this letter to the Courts attention.

THANK YOU

I, Michael E Eisenhauer, TDCJ ID No 1923156, being presently incarcerated in the Texas Dept of Criminal Justice, Lopez State Jail, Hidalgo County Texas declare under penalty of perjury that the above and foregoing is true and correct to the best of my ability

Michael Eisenhauer

Executed on this the 27 day of march 2015



Michael Eisenhauer
Lopez Unit 1923156
1203 El Cibolo Rd
Edinburg TX 78542

Legal Mail
3-24-15

MCALLEN TX 785
31 MAR 2015 PM 2 T

Fourth Court of Appeals
Criminal Justice Center
300 Dolorosa
San Antonio TX 78205

2015 APR -2 AM 11: 55

FILED
IN THE COURT OF APPEALS
SAN ANTONIO, TEXAS

78205330317

FOREVER USA